464 A.2d 518

Commonwealth v. Hebling, Appellant.

Submitted April 28, 1983. Dennis G. Kuftic, for appellant; Mark Richmond, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Judgment of sentence is affirmed.

464 A.2d 518

Commonwealth v. Holley, Appellant.

Jeffrey E.W. Matthew, for appellant; Leslie Sudock, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

Affirmed.